JOHN J. MACDOUGALL, ADMINISTRATOR, *vs.* THE T. A. SCOTT COMPANY.

\* First Judicial District.

Argued May 6th—decided July 16th, 1915.

ACTION to recover damages for personal injuries resulting in the death of the plaintiff's intestate and alleged to have been caused by the defendant's negligence, brought to the Superior Court in New London County and tried to the jury before *Shumway, J.;* verdict and judgment for the plaintiff for $2,000, and appeal by the defendant. *Error and new trial ordered.*

*Arthur M. Brown* and *Charles V. James,* for the appellant (defendant).

*Christopher L. Avery* and *Warren B. Burrows,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New London County.

———————

\* Transferred from the second judicial district.